Entered on Docket
February 05, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed February 4, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | No. 15-43635 |
| | Chapter 11 |
| Old Dominion Holdings, Inc. | |
| Debtor. | |

**MEMORANDUM SETTING HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

On January 6, 2016, the Court held a status conference in the above-captioned bankruptcy case. At the conclusion of the status conference, the Court set the following schedule for the case: the United States Trustee ("UST") was to file the Motion to Dismiss ("Motion") by January 20, 2016, Debtor was to file their Opposition by February 5, 2016, and a hearing on the Motion to Dismiss would take place concurrently with a continued status conference date of February 10, 2016.

On January 20, 2016, the UST timely filed the Motion (doc. 28). However, the Motion was set for hearing on February 17, 2016. Although the Court appreciates the UST's attempt to allow for a longer notice period, the hearing schedule, as detailed above, shall control.

1

IT IS HEREBY ORDERED that the Court's schedule, as set forth at the status conference on January 6, 2016, sets the deadline for Debtor's Opposition to **Friday, February 5, 2016**, and the Motion for hearing on **Wednesday, February 10, 2016, at 10:30 a.m.**

***END OF MEMORANDUM***

**COURT SERVICE LIST**